# U.S. District Court

## West Virginia Northern - Martinsburg

**THIS IS A COPY**

Receipt Date: Jun 4, 2025 12:38PM

Michael Taccino

Rcpt. No: 300002937        Trans. Date: Jun 4, 2025 12:38PM        Cashier ID: #TC (6926)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 201B* | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.